**Order entered October 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00695-CR

**JAMES EDWARD ROGERS, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 28576**

## ORDER

The Court has before it appellant's October 8, 2014 request for an extension of time to file his pro se response to the *Anders* brief filed by counsel. In the request, appellant acknowledges that his response is not due until December 16, 2014, but states that he needs "additional time" to research and prepare his response.

Because the pro se response is not due for nearly two months, counsel has provided appellant a copy of the record, and appellant has not shown he is not able to file the pro se response, we **DENY** the request without prejudice to appellant filing a subsequent extension at such time as the pro se response is due.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to James E. Rogers, Jr., TDCJ No. 1937467, Estelle Unit, 264 F.M. 3478, Huntsville,TX 77320-3320.

We **DIRECT** the Clerk to send copies of the order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE